24 So.2d 925

### John Henry SHEPHERD v. STATE
### 6 Div. 226.

Court of Appeals of Alabama.
Jan. 22, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

---

23 So.2d 148

### Eugene SIMPSON v. STATE.
### 6 Div. 87.

Court of Appeals of Alabama.
May 15, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

---

23 So.2d 148

### Henry SIMPSON v. STATE.
### 6 Div. 176.

Court of Appeals of Alabama.
May 8, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

---

24 So.2d 926

### Albert SIMS v. STATE.
### 7 Div. 843.

Court of Appeals of Alabama.
Nov. 20, 1945.

Chas. Douglass, of Anniston, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

---

26 So.2d 925

### Pelham SITZ v. STATE.
### 7 Div. 845.

Court of Appeals of Alabama.
Aug. 2, 1946.

Roberts, Cunningham & Hawkins, of Gadsden, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Abated by death of appellant.

---

23 So.2d 149

### T. M. (alias Marvin) SKELTON v. STATE.
### 6 Div. 175.

Court of Appeals of Alabama.
May 22, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.